The Honorable Paula L. McCandlis

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 27 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

PRENTICE C. HOLLINGSWORTH,

Defendant.

NO. MJ 20-094

COMPLAINT FOR VIOLATION

18 U.S.C. § 2422(b)

BEFORE the Honorable Paula L. McCandlis, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

## COUNT ONE
**(Attempted Sex Trafficking of a Juvenile)**

Beginning on or about January 16, 2020, and continuing through January 23, 2020, in King County, within the Western District of Washington, and elsewhere, PRENTICE C. HOLLINGSWORTH did, in and affecting interstate commerce, knowingly attempt to recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, an individual who had not attained the age of 18 years, knowing, and in reckless disregard of the fact, that this individual would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNT TWO
### (Attempted Enticement of a Minor)

Between in or about January 16, 2020, and on or about January 23, 2020, in King County, within the Western District of Washington, and elsewhere, PRENTICE C. HOLLINGSWORTH used a means and facility of interstate and foreign commerce to knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

And the complainant states that this Complaint is based on the following information:

I, Detective Jennifer Gardner, being duly sworn under oath, depose and say:

### INTRODUCTION

1. I am a Detective with the Seattle Police Department (SPD) and have been employed there for eleven years. I completed the Washington State Basic Law Enforcement Academy in 2008. I am presently assigned to SPD's Vice/High Risk Victim's Unit and also have been designated as a Task Force Officer (TFO) for the Federal Bureau of Investigations (FBI)'s Child Exploitation Task Force. I have been assigned to the Vice/High Risk Victims unit since June 2018, with the primary responsibility of investigating crimes of prostitution (to include patronizing and promoting), adult entertainment violations, gambling, and alcohol-related offenses.

2. I spent the bulk of my previous eleven years in law enforcement on patrol in the East Precinct of Seattle. While working patrol, I dealt with street-level narcotics and demonstration management, as well as general patrol responsibilities. Since joining the Vice/High Risk Victims unit, I have had training in prostitution and narcotics investigations. I have participated in or assisted with over 100 undercover "sting" operations and have been the primary undercover on over 80 contacts that resulted in an arrest. These contacts were from street, hotel, underage and pimp operations. I am familiar with the geography, street terms, and sub-culture of prostitution

(promoting/patronizing), including human trafficking. I have also received on-the-job training from the experienced detectives and supervisors in the Vice/High Risk Victims unit who have conducted innumerable vice and sex trafficking investigations.

3. In the course of my duties, I participate in the exchange and discussion of information related to vice and trafficking investigations with other local, state, and federal agencies. In addition, I have completed the 80-hour SPD undercover school and have regularly volunteered to work the school to teach others about undercover work. I have also completed the Advanced Human Trafficking training put on by a Seattle Police Vice/High Risk Victims detective, Forensic Child Interviews and Interrogation training put on by the Washington State Law Enforcement Academy, as well as other trainings. In addition, I have both attended and instructed at the Northwest Regional Internet Crimes Against Children (ICAC) conference. I also attend annual training through the Seattle Police Department specific to investigations, case law, case management, interview and interrogation, and other continuing education. My investigation responsibilities in my current unit are conducted in both an undercover and traditional detective capacity.

4. The facts set forth in this Complaint are based on my investigation, along with investigation by other law enforcement officers, conversations with law enforcement officers, and review of law enforcement documents. It also does not purport to state every fact known to law enforcement, but rather only those facts I believe necessary to establish probable cause to conclude that PRENTICE C. HOLLINGSWORTH committed the offenses charged in this Complaint. As further detailed below, based on my investigation, I submit there is probable cause to believe that HOLLINGSWORTH committed the offense of enticement of a minor.

## SUMMARY OF THE INVESTIGATION

5. This investigation involves online undercover activity on an internet-messaging platform called Tagged.com (hereinafter "Tagged"). Although Tagged has legitimate uses, it also is known to law enforcement as a platform used by individuals

who are interested in the sexual exploitation of children and adults. They use this platform to exchange messages about child and adult sexual exploitation.

6. In my capacity as a detective in the Vice/High Risk Victims Unit, I maintain an online presence on various internet-messaging platforms in an undercover role. On January 16, 2020, I was contacted on my undercover multi-media profile on Tagged by a male whose name ("handle") was "Prentice H." and who I subsequently identified as PRENTICE C. HOLLINGSWORTH. HOLLINGWORTH sent me a message saying, "What's good? How r u today; U busy??" I responded back and we exchanged several introductory greetings.

7. Soon after this initial contact, HOLLINGSWORTH and I began sending online messages back and forth on Tagged. Early on in the conversation, HOLLINGSWORTH asked me "what r u looking for??" I responded, "I'm on here for dates $$." HOLLINGSWORTH then responded: "Oh I see . . . i am on here to meet a great woman and to get to know and maybe build an empire together. I make money in everything I do and possibly we can work together." I then asked HOLLINGSWORTH, "how can we work 2gether?" He stated: "Well the game your in I am a professional in . . . i have made thousands." I replied, "oh really?!?! thats good 2 know!" He then said, "if u want u can call me at 253-325-3151 and we can discuss the situation further. You might find urself with better opportunities if we work together." I am aware, based upon my training and experience that the phrase "dates" is often used by individuals in the prostitution industry to describe prostitution customers. I am further aware that the phrase "the game" is a colloquial term used to describe the prostitution industry.

8. A short time later, I sent HOLLINGSWORTH a text message from an undercover phone number to the phone number he had sent me. During the beginning of our text message conversation he asked me "…how long u been in the game??" I responded, "Off and on. I do it when I need $. I have a couple SD that help." I am aware, based upon my training and experience, that the term "SD" is often used in the prostitution industry to refer to a "sugar daddy." HOLLINGSWORTH told me "that's

what's up . . . i been apart of it for 15 years . . . and I have a couple girls that have made over a million in one year." After I responded with, "What! No way!", HOLLINGSWORTH replied, "Yes way . . . i told u I am good at what I do . . . r u interested in making that kind of money."

      9.     We exchanged some more text messages after that, but then I stopped responding to him. On January 18, 2020, I received a missed phone call on my undercover phone from HOLLINGSWORTH's number at 9:55 a.m. He texted me early that morning and I responded later that day. We then had another texting conversation where I told HOLLINGSWORTH that "I got busy yesterday & then got in trouble last night." He asked me why I got in trouble and I told him that "I didn't come back to the place I'm staying on time. Got my phone taken. Whatever." He asked, "Where r u staying at where they take your phone??" I told him that I was at "a juvie place." HOLLINGWORTH then asked me, "How old r u." I responded "Really wanna knw?" and he texted back "Yes [thumbs up emoji]." I told him "15." HOLLINGSWORTH responded "U r hella young girl . . ." He then started asking me what "juvie place" I was staying at and if I could talk on the phone. I told him that I was with friends and could not talk. HOLLINGSWORTH sent a text message asking break away from my friends and go for a walk so that we could talk "for 10 minutes." After I told him I couldn't break away he asked, "R u sure u wanna stay in this game?" I told him, "Yea. So far I've liked it and had no problems. I've never worked w ne1 [anyone] so I'm not sure how it will work." He responded that it will "work perfectly and better with more money, but we gotta talk." I said, "K" and he said, "But we got alot to discuss."

      10.    We continued to text, and HOLLINGWORTH stated "If u choose with me and I keep it real then we will make alot of money." I asked, "Where would I wrk? Street or rooms?" he said, "Rooms and anywhere u feel comfortable working." I am aware, as a result of my training and experience, that the phrase "choose" or "choose up" is used in the prostitution industry to refer to the process by which a pimp takes "ownership" or control over a prostitute/victim.

COMPLAINT/UNITED STATES v. HOLLINGSWORTH - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

11. After this conversation, HOLLINGWORTH called me twice on Sunday and twice on Monday, and sent me a couple of text messages on Sunday, to which I did not respond.

12. Based on 1) my training and experience; 2) the fact that HOLLINGSWORTH continued to contact me after I told him that I was only fifteen years old and that I make money on dates; 3) the fact that HOLLINGSWORTH used key words used by pimps such as "choosing," the "game," and talked about how much money other "girls" he had worked with had made, it was my conclusion that HOLLINGSWORTH was attempting to recruit a person he believed to be a minor into a working for him as a prostitute. Using the pictures of HOLLINGSWORTH that were posted to his Tagged account, I was able to identify "Prentice" as HOLLINGSWORTH through a law enforcement database. A Washington State Department of Corrections officer advised me that HOLLINGSWORTH had been released from prison on December 26, 2019, and was currently residing at a federal halfway house in Tacoma, Washington.

13. On January 22, 2020, at 5:07 p.m., I spoke with HOLLINGSWORTH on the phone for approximately fifty minutes. Prior to the phone call I asked him in a text message, "R u gunna call or am I?" I told him, "I'm in my room. Snuck my phone up." HOLLINGSWORTH then responded, "Ok. . . . call me then." I then called him and we had our first telephone conversation. This phone call was digitally and lawfully recorded with a One-Party Consent Application Order that the King County Superior Court Judge Karen Donohue authorized on January 22, 2020.

14. After some small talk, HOLLINGSWORTH asked me how everything had been working out. I explained that I had been getting "dates" online. HOLLINGSWORTH then asked how much I was paid. When I asked for clarification, he said "I mean for like a B.J., how much are you getting paid for a B.J?" (I am aware through my training and experience that "B.J." is a slang term for "blow job" or oral sex). I replied that I got paid $60, then said that I did not know whether that was "good" or

1  "bad." HOLLINGSWORTH replied "that's not good." He then continued to tell me that
2  my price was "too low" and that I should be getting "nothing less than 100, easy."
3  HOLLINGSWORTH further stated that: "Well because you gotta think about it, your age
4  for one, the way that you look you know what I'm saying, that jacks up everything..."
5  He told me that I should be charging "way more" because I'm "in a better position." He
6  said, "Yeah you should be getting 100 on that and if you're doing everything you could
7  probably charge 250. How much are you charging for the other stuff?" I asked, "For like
8  sex?" and he said "yeah" I told him I charged $100. HOLLINGSWORTH then told me I
9  was "definitely undercutting [my]self, hella big time."

10      15.     I told him that this was still new to me, and that I was trying to figure things
11  out because there were many customers that did not like using condoms.
12  HOLLINGSWORTH responded: "That's an automatic no-no. Never do nothing without
13  one, ever." HOLLINGSWORTH further explained that even if "you're giving a bj
14  you're supposed to use a condom." He told me to go to a clinic and get free condoms and
15  keep some in my purse.

16      16.     HOLLINGSWORTH then told me that if I did "10 dates every couple of
17  days, I'd keep ya over 1,000 in your pocket all the time." I asked him what he thought of
18  all of this, and he said, "Personally, I don't think you should be doin' it, because of your
19  age and shit like that, and plus you know what I'm saying, you don't have a manager
20  that's you know what I'm saying that's physically in your life to where they can protect
21  you and make sure nothing happens to you, you're doing it all on your own so, I mean
22  you gotta just know that you're putting yourself in a bad situation if something go down
23  and no one is there..." He later said that "you're gonna do what you're gonna do and you
24  know what I'm saying, if you're gonna do it, you might as well do it right." Based upon
25  my training and experience, I interpreted HOLLINGSWORTH to be saying that if I was
26  going to engage in prostitution as a minor, I should work for a pimp to protect myself.

27      17.     HOLLINGSWORTH asked me what other websites I was on, and I told
28  him that I was not on any other sites. HOLLINGSWORTH told me to get on "POF," and

later clarified that this was the Plenty of Fish website, which I know from training and experience to be used for dating/hookups, as well as for arranging prostitution dates. HOLLINGSWORTH then asked me if I had any skimpy outfits to take pictures in, and said to put no more than three pictures on my profile page to give me "double the exposure."

18. HOLLINGSWORTH also told me that he could get in trouble for even talking to me and instructed me to erase all of our text messages. He suggested that I recruit an older girl who is eighteen or nineteen years old who could rent hotel rooms. I asked HOLLINGSWORTH whether he was my "mentor," and he replied "yeah pretty much, that's up to you though you know what I mean." HOLLINGSWORTH told me that he "used to do this for a living" and "used to be a pimp." He then asked me if I knew what a pimp was. I hesitated, said that I thought so, and asked him what he used to do. HOLLINGSWORTH replied that he used to "pimp . . . I used to recruit girls, I used to train them and teach them everything about the business, teach them how to do everything. My position was hands on." HOLLINGSWORTH explained that some girls did not know how to give a hand job, so he had to teach them how to do it the "proper way." He said that there are different techniques and tricks to cause a male customer to ejaculate "five times faster," which would then allow me to charge them for an hour but only be with them for thirty minutes. HOLLINGSWORTH also told me that I would have to tell customers that I was eighteen or nineteen years old.

19. HOLLINGSWORTH then told me that he had just gotten out of federal prison "for this." He continued to talk about "choosing," and that I would have to pay a "choosing fee." I am aware, from my training and experience, that a "choosing fee" is the amount of money a prostitute/victim is required to pay a pimp before she begins working for him. I nevertheless asked HOLLINGSWORTH what a "choosing fee" was, and he replied that at the beginning, it would be "1000," and then after that, we would split everything 60/40. HOLLINGSWORTH said that I would keep "60" and he would get "40," and that part of what he would do with his forty percent would be to book my

COMPLAINT/UNITED STATES v. HOLLINGWORTH - 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

hotel rooms. He told me he could get a debit or credit card and then add money to the cards to book the rooms.

20. HOLLINGSWORTH also asked about how many people contact me online and I told him that a few had but that I could not meet up with all of them because of school. He responded that I was "missing money right there." HOLLINGSWORTH told me that he could "book a room for this weekend, for the whole weekend for Friday, Saturday, Sunday; and then you work the whole weekend, that way you know you can generate enough money that way it could keep you in the room and shit." I asked him where he would book the room and if it would be down where he was. He replied in the affirmative and said that he had to "show [me] the ropes."

21. HOLLINGSWORTH also said that he wanted me to send him money so he could put it on a card and then use that money to pay for a hotel room. HOLLINGSWORTH explained that he had a curfew every night so could not stay with me in the hotel room, but would make sure that my room was far away from the office because he would not want the hotel staff to catch on to what I was doing. When he was done explaining how to avoid detection from hotel employees, I asked how I would "choose him." He said, "Yup, tell me I'm choosing you . . ." He then said he wanted to see more pictures of me so he could see what I looked like.

22. We continued to engage in small talk about my past, which he asked about. HOLLINGSWORTH told me that if I was going to be in this life, then I need to be in it "all the way." He asked me what my boundaries are on my dates, so I talked about anal sex, and how I do not like to do it, but I will if it brings me more money. HOLLINGSWORTH replied that it would definitely bring more money. HOLLINGSWORTH reiterated that the one thing he did not want me to do is anything without a condom. He also told me later in the conversation that I should never use my real name so as to protect myself and the customer.

23. On January 23, 2010, I was in communication with HOLLINGSWORTH by text message and phone calls I informed him over text that I had run away from the

place I was staying. A short time later I spoke with him on the phone and told him again that I had run away and that I would be heading south. He told me that he could not leave the facility he was living at, but he would have a friend pick me up from a transit center. He also told me that I should try to get a date online, and have the date pay for the hotel room. During another call, HOLLINGSWORTH told me that his friend "Rocko" was going to send his "girl" to come pick me up. HOLLINGSWORTH later called and stated that he was able to get a motel room at the Glacier Motel in Fife, Washington. He instructed me to ask for "James" when I arrived at the motel and said that "James" would get me into my room, which was already assigned to me as Room 15.

24. Around 7:15 p.m., I and several other SPD detectives began driving south towards the Tacoma/Fife area. While traveling, I continued to get text messages and phone calls from HOLLINGSWORTH. HOLLINGSWORTH told me that he wanted me to call him when I got to the Federal Way Transit Center, and that once I arrived he would call his friend and have him pick me up. HOLLINGSWORTH called me multiple times to check on me and see where I was. At one point, while I was still driving south, HOLLINGSWORTH texted me and told me that his friend's "girl" was "trippin" and she did not want to pick me up anymore. I told HOLLINGSWORTH via text message that I would catch a cab from the Tacoma Transit Center and then find someone to book a room for me. When Detective Bill Guyer and I arrived at the Love's Truck Stop, located at 1501 33rd Avenue East, in Tacoma, Washington, I told HOLLINGSWORTH via text message that I had met a girl on the bus who had said she would get a hotel room for me.

25. Detective Sergeant Diaz, Detective Guyer and I then went to the Glacier Motel where we encountered B.P., who was the manager of the hotel. B.P. advised that a male had called the hotel earlier that evening and had spoken to J.K., who was also working at the hotel. B.P. showed us the motel's automated call log, which indicated that at 7:40 p.m., an incoming call was received from 253-325-3151. I was familiar with this call, as it was the same phone number that HOLLINGSWORTH had used to

communicate with me in my undercover role as the fictitious fifteen-year-old female. I took a photograph of the call log and the number.

26. The other detectives and I also identified the individual named "James" that HOLLINGSWORTH had told me to contact once I arrived. We spoke with J.K., who is an employee of the Glacier Motel and who was in Room 15 (the same room that HOLLINGSWORTH had told me had been reserved for me). J.K. stated that he had spoken on the phone with a male who had requested that a room be held for the male's "niece" who would be staying for four nights. J.K. told the male on the phone that there were a few rooms available and that he could hold a room. J.K. quoted the male a price of $240 for four nights. At no time did the male on the phone identify himself.

27. In the meantime, SPD and TPD detectives had gone to the residential re-entry center (RRC) where HOLLINGSWORTH was residing pursuant to his supervised release status. At 8:23 p.m., Detective Brathwaite informed me that they had taken HOLLINGSWORTH into custody and would be transporting him to SPD. Detectives Brathwaite and Washington stated that when HOLLINGSWORTH came down to the front desk of the RRC, he had a black cell phone up to his ear but quickly put it in his pants pocket when he saw law enforcement. HOLLINGSWORTH was read his *Miranda* rights at the scene, which he stated he understood and advised that he was willing to talk with detectives. During a search incident to arrest, the detectives located a few personal items on HOLLINGSWORTH, including the black LG cell phone he was holding up to his ear when he saw the detectives. Detectives Brathwaite and Washington transported HOLLINGSWORTH to the SPD's vice office, where Detective Guyer and I met them and conducted a recorded statement of HOLLINGSWORTH.

28. HOLLINGSWORTH agreed to speak with us and again he was asked if he understood his rights and would still like to talk with us. He said he did understand his rights and he agreed speak with us and to have his statement/interview recorded. As HOLLINGSWORTH was talking, I immediately recognized his voice as the male I had been speaking to over the phone in my undercover capacity. HOLLINGSWORTH was

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

asked about his social media accounts, and he stated that he uses SnapChat, Facebook messenger and Instagram. He said he did not have Kik, Plenty of Fish, Tagged or Tinder.

29. HOLLINGSWORTH said that he lets other people use his phone but does not know all the people who he allows to use his phone. HOLLINGSWORTH stated that at least four other people had used his phone earlier that day, and specifically that a white male with brown hair in his 20s named "James" and a mixed-race, light-skinned male in his 30s named "Bryan" had both used his phone earlier today. (Notably, these descriptions fit the individuals J.K. and B.P. that I had spoken to earlier at the Glacier Motel in Fife who said that they had spoken to a male on the phone about renting a room for his niece.) HOLLINGSWORTH could not think of any of the other names of the people he has let use his phone.

30. HOLLINGSWORTH was asked whether he had spoken to any juveniles in the last few days. He denied speaking with any juvenile females online and said that he did not have a Tagged account. Detective Guyer then asked HOLLINGSWORTH if he had spoken to any females over the last few days. HOLLINGSWORTH gave multiple names of females and said that he talks to a lot of females on the phone and online. Detective Guyer asked him specifically whether he had spoken to a fifteen-year-old runaway. HOLLINGSWORTH did not hesitate before saying that he had been talking to a female name "Natalie." He originally said that he met her on the site called Plenty of Fish (PoF) but after a few minutes he said that he did not meet Natalie on PoF, but he met her on Tagged. He said that he believed that she was nineteen years old and was just answering her questions about prostitution since she told him that she was a prostitute. He mentioned that he talked pricing for sex acts and about a "choosing fee" before he found out her age was actually fifteen.

31. HOLLINGSWORTH said after he found out that "Natalie" was fifteen years old he stopped talking about sex with her and told her that she should not have run away and that she should go back to the home where she was residing. HOLLINGSWORTH said that "Natalie" told him that she had run away and was

catching a bus to head down to Tacoma to him. He stated that he believed she was lying and that she would not head south to be with him.

32. There were times during the interview that HOLLINGSWORTH got confused about who he was talking about. He mentioned that "Natalie" said she was already working with a female pimp named "Charmaine."

## CONCLUSION

33. Based on the above facts, I respectfully submit that there is probable cause to believe that PRENTICE C. HOLLINGSWORTH committed the offenses charged in Counts One and Two above.

*Jennifer Gardner*
Detective Jennifer Gardner, Complainant
Seattle Police Department

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 27th day of February, 2020.

*Paula L McCandlis*
PAULA L. MCCANDLIS
United States Magistrate Judge